**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDGAR MARTINEZ GONZALEZ,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-06755-SK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

A File No. 204-673-188

The unopposed petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted. **Edgar Martinez Gonzalez (A# 204-673-188)** is ordered released from ICE detention forthwith under a written order of release on recognizance with petitioner's signed acknowledgment. Judgment will be entered accordingly.

This court retains jurisdiction to enforce its order and judgment if petitioner is arrested and re-detained in violation of the Immigration and Nationality Act or the agency's relevant implementing regulations governing revocation of conditional release, including 8 C.F.R. § 212.5(e)(2)(i), § 236.1(c)(9), or § 241.4(l). *See generally Cheng v. Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 2629685 (C.D. Cal. Sept. 7, 2026).

IT IS SO ORDERED.

DATED: November 15, 2026

STEVE KIM
United States Magistrate Judge