**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTINEZ GONZALEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-06755-SK<br><br>**JUDGMENT**<br><br>A File No. 204-673-188 |

Pursuant to the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that **Edgar Martinez Gonzalez (A# 204-673-188)** is to be released from ICE detention forthwith under a written order of release on recognizance with petitioner's signed acknowledgment.

DATED: November 15, 2026

STEVE KIM
United States Magistrate Judge